Michael A. Vanic (CA State Bar No.: 73486)
Joseph C. Faucher (CA State Bar # 137353)
Pascal Benyamini (CA State Bar No.: 203883)
**REISH LUFTMAN REICHER & COHEN**
11755 Wilshire Boulevard, 10th Floor
Los Angeles, CA 90025-1539
Telephone Number: (310) 478-5656
Facsimile Number: (310) 478-5831

Attorneys for Defendant
MASTERSON COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| TERESA L. JOHNSTON,<br><br>    Plaintiff,<br><br>vs.<br><br>MASTERSON COMMUNICATION; BLUE SHIELD OF CALIFORNIA; WESTERN GROWERS ASSURANCE TRUST; AND DOES 1-50, inclusive;<br><br>    Defendants. | CASE NO.:  C 06-04644-SBA<br><br>*Hon. Saundra B. Armstrong*<br><br>**STIPULATION RE LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER THEREON** |

The parties hereto, through their respective attorneys of record, Joseph John Turri of Insurance Litigators & Counselors, attorney for Plaintiff Teresa L. Johnston; Michael A. Vanic of Reish Luftman Reicher & Cohen, attorneys for Defendant Masterson Communications, Inc. (erroneously sued herein as Masterson Communication); John M. LeBlanc, Andrew S. Williams and Justin J. Lowe of Barger & Wolen, LLP, attorneys for Defendant California Physicians' Service dba Blue Shield of California (erroneously sued as Blue Shield of California) and Jonathan D. Alexander, attorney for Defendant Western Growers Assurance Trust, hereby stipulate and agree as follows:

# STIPULATION

WHEREAS, counsel for Defendant Masterson Communications, Inc. and counsel for Plaintiff have met and conferred in an effort to avoid said Defendant filing a Motion to Dismiss pursuant to F.R.C.P. 12(b)(6) with regard to the Complaint and the defects therein as perceived by said Defendant;

WHEREAS, counsel for Defendant California Physicians' Service and counsel for Plaintiff have also met and conferred in an effort to avoid said Defendant filing a Motion to Dismiss pursuant to F.R.C.P. 12(b)(6) with regard to the Complaint and the defects therein as perceived by said Defendant; and

WHEREAS, counsel for all parties have agreed that Plaintiff may file a First Amended Complaint.

NOW, THEREFORE, the parties agree that Plaintiff may have leave from the Court to file a First Amended Complaint, which Plaintiff will file on or before the later of November 3, 2006 or two weeks after the date the Court signs and files the Order accompanying this Stipulation, and the Defendants shall have twenty (20) days from the date on which the First Amended Complaint is filed and served in which to file their respective responsive pleadings to Plaintiff's First Amended Complaint.

October 23, 2006          INSURANCE LITIGATORS & COUNSELORS


By: /s/  Joseph John Turri
    Joseph John Turri
    Attorneys for Plaintiff
    TERESA A. JOHNSTON

| | | |
|---|---|---|
| 1 | October 23, 2006 | REISH LUFTMAN REICHER & COHEN |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Michael A. Vanic |
| | | Michael A. Vanic |
| 5 | | Joseph C. Faucher |
| | | Pascal Benyamini |
| 6 | | Attorneys for Defendant |
| | | MASTERSON COMMUNICATIONS, INC. |
| 7 | | |
| 8 | October 23, 2006 | BARGER & WOLEN LLP |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ Justin J. Lowe |
| | | John M. Le Blanc |
| 12 | | Andrew S. Williams |
| | | Justin J. Lowe |
| 13 | | Attorneys for Defendant |
| | | CALIFORNIA PHYSICIANS' SERVICE |
| 14 | | DBA BLUE SHIELD OF CALIFORNIA |
| 15 | | |
| 16 | October 23, 2006 | WESTERN GROWERS ASSURANCE TRUST |
| 17 | | |
| 18 | | |
| 19 | | By: /s/ Jonathan D. Alexander |
| | | Jonathan D. Alexander |
| 20 | | Jason E. Resnick |
| | | Attorneys for Defendant |
| 21 | | WESTERN GROWERS ASSURANCE TRUST |

**ORDER**

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that Plaintiff Teresa A. Johnston shall have leave of the Court to file a First Amended Complaint, which First Amended Complaint shall be filed by the Plaintiff on or before the later of November 3, 2006 or two weeks after the

1  date this Order is filed.

2      IT IS FURTHER ORDERED that the Defendants shall have twenty (20) days
3  from the date on which the First Amended Complaint is filed and served on them in
4  which to file their respective responsive pleadings to Plaintiff's First Amended
5  Complaint.

8  Dated: _10/23/06                               _____
9                                          Hon. Saundra B. Armstrong,
                                        United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2006, I electronically transmitted the attached document to the Clerk's Office using the CFM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joseph John Turri – insterminator@aol.com

Jason E. Resnick – jresnick@wga.com

Jonathan D. Alexander – jalexander@wga.com

John M. LeBlanc – jleblanc@barwol.com

Michael A. Vanic – mikevanic@reish.com

A copy of the attached document was sent via Federal Express this 19th day of October 2006 to:

>     Chamber Copy
>     Honorable Saundra Brown Armstrong
>     United States District Judge
>     Northern District of California
>     1301 Clay Street, 400 South
>     Oakland, California  94612-5212

By: /s/   Michael A. Vanic