1 | John M. Le Blanc (155842), jleblanc@barwol.com
2 | Andrew S. Williams (177926), awilliams@barwol.com
    Justin J. Lowe (223847), jlowe@barwol.com
    BARGER & WOLEN LLP
3 | 633 West Fifth Street, 47th Floor
    Los Angeles, California 90071
4 | Telephone: (213) 680-2800
    Facsimile: (213) 614-7399

6 | Attorneys for Defendant California Physicians' Service
    dba Blue Shield of California (erroneously sued as
7 | "Blue Shield of California")

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA (EUREKA)

| | |
|---|---|
| TERESA L. JOHNSTON, | CASE NO.: C 06-04644-NJV |
| Plaintiff, | STIPULATION OF DISMISSAL; [PROPOSED] ORDER THEREON |
| vs. | |
| MASTERSON COMMUNICATION; BLUE SHIELD OF CALIFORNIA; WESTERN GROWERS ASSURANCE TRUST; and DOES 1-50, inclusive, | |
| | Complaint Filed: July 31, 2006 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Teresa L. Johnston and Defendant California Physicians' Service dba Blue Shield of California (erroneously sued as "Blue Shield of California") through their designated counsel that Defendant California Physicians' Service dba Blue Shield of California be dismissed without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

Dated: December 19, 2006

INSURANCE LITIGATORS & COUNSELORS

By: _____
JOSEPH JOHN TURRI
Attorneys for Plaintiff TERESA L. JOHNSTON

Dated: December 11, 2006

BARGER & WOLEN LLP

By: _____
JOHN M. LE BLANC
ANDREW S. WILLIAMS
JUSTIN J. LOWE
Attorneys for Defendant California Physicians' Service dba Blue Shield of California (erroneously sued as "BLUE SHIELD OF CALIFORNIA")

[~~PROPOSED~~] ORDER

The Court, having considered the stipulation of Plaintiff Teresa L. Johnston and Defendant California Physicians' Service dba Blue Shield of California (erroneously sued as "Blue Shield of California"), and good cause appearing therefor, hereby dismisses the action as against Defendant California Physicians' Service dba Blue Shield of California (erroneously sued as "Blue Shield of California") without prejudice.

IT IS SO ORDERED.

Dated: 1/8/07

By: _____
HON. NANDOR J. VADAS
MAGISTRATE JUDGE FOR THE
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF
CALIFORNIA (EUREKA)