IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA L. JOHNSTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MASTERSON COMMUNICATION;<br>WESTERN GROWERS ASSURANCE TRUST;<br>and DOES 1-50, inclusive;<br><br>　　　　Defendants.<br>_____/ | No. C-06-04644 NJV<br><br>ORDER AFTER HEARING |

　　　　The matter having come before the court on defendant Western Growers Assurance Trust's Motion to dismiss Plaintiff's 2nd Amended Complaint pursuant to FRCP §12(b), the court orders that the matter be stayed and referred forthwith to mediation in San Francisco. If the parties are unable to resolve the case at mediation, Plaintiff is ordered to file a response to the Motion to Dismiss no later than 15 days after the completion of said mediation. The matter shall be submitted on the papers. The court further orders a Further Case Management Conference for August 14, 2007 at 1:00 P.M. in Eureka, CA. The parties to appear by video conference at that time.

**SO ORDERED.**

Dated: May 23, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge